KENNETH H. WINE (#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Counsel for MO SOOK YANG

FILED
JUL 2 2 2005
RICHARD
CLERK
NORTHERN D...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-0395 MMC (EC) |
| Plaintiff, | DECLARATION OF APPOINTED COUNSEL; STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR POSTING PROPERTY |
| v. | |
| MO SOOK YANG, et al., | |
| Defendants. | |

I, KENNETH H. WINE, DECLARE:

1. I have been appointed, pursuant to the CJA, as counsel for Defendant Mo Sook Yang, in the above referenced case.

2. On July 7, 2005, Ms. Yang was release on the $500,000 signature bonds of three individuals. The Court also directed that Ms. Yang's real property be posted by July 22, 2005, and that Ms. Yang provide the Court an informal appraisal and title documents to the property.

3. The real property owned by Ms. Yang is co-owned with her husband, Young Joon Yang, a co-defendant in this case who is in custody at Santa Rita County Jail.

STIP/ORDER

3. On July 18, 2005 I provided the United States and the Court with copies of the informal appraisal and the title documents to Mr. and Mrs. Yang's property.

4. On July 18, 2005, I also provided, by hand delivery, to Mr. Yang's attorney, Richard Tamor, the Deed of Trust in favor of Richard Weiking, <u>executed and notarized by my client</u>, in order for Mr. Tamor to arrange to travel to Santa Rita and have the Deed of Trust executed and notarized by his client.

5. On the afternoon of July 18, 2005, Mr. Tamor informed me and Ruben Deang that he was no longer able to represent Mr. Yang.

6. I immediately called Mr Deang to attempt to get an attorney appointed for Mr. Yang so that the Deed of Trust could be executed and notarized before July 22, 2005.

7. I have spoken several times with Mr. Deang over the past week. Mr. Deang has offered the case to five different CJA attorneys, and each has declined the representation. Essentially, Mr. Yang has been without counsel for the past week.

8. I spoke this afternoon with Mr. Deang and he has informed me that he sought and received special permission to have Mr. Tamor appointed for Mr. Yang. Mr. Tamor will not be appointed until next week, and will not be able to make the complicated arrangements for obtaining a notarized signature in Santa Rita County Jail, and then county recording, and then Court filing by tomorrow. The process of getting a notary into Santa Rita involves getting security clearance for a notary to enter the Jail, and this is not easily or quickly done.

//

9. I am scheduled for a vacation beginning July 23, returning July 30. I am requesting that the Court delay the date for the filing of the deed of trust securing bail for Ms. Yang for one week, until July 29, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on the 21st day of July, 2005 in San Francisco, California.

_____
Kenneth H. Wine, Esq.
Attorney for Defendant
MO SOOK YANG

The United States does not oppose the continuance of the date for Defendant Mo Sook Yang to file the Deed of Trust securing her bail from July 22, 2005 until July 29, 2005 for the above stated reasons.

DATED: July 21, 2005

_____
Peter Axelrod, Esq.
Assistant United States Attorney

//

STIP/ORDER                                3

## ORDER

GOOD CAUSE APPEARING, the date for Defendant Mo Sook Yang to post the Deed of Trust securing her bail shall be continued from Friday, July 22, 2005 to Friday, July 29, 2005.

IT IS SO ORDERED.

DATED: July 22, 2005

Hon. ~~Edward Chen~~ NANDON VAMD
United States District Court

STIP/ORDER         4