KENNETH H. WINE (#142385)
HALLINAN &, WINE
345 Franklin Street
San Francisco, California 94102
ph: (415) 621-2400

Attorneys for Defendant
MO SOOK YANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-05-395 CRB |
| Plaintiff, | ) ) | STIPULATION MODIFYING CONDITIONS OF |
| v. | ) ) | RELEASE AND ORDER |
| MO SOOK YANG, et al., | ) ) ) | |
| Defendants | ) ) | |

IT IS AGREED by the parties, through their undersigned attorneys, that the conditions of defendant MO SOOK YANG's bond be modified as follows:

1. Bail is currently a $500,000 signature bond (secured, in part, by real property located at 150 Crescent Plaza, Pleasant Hill, CA "Crescent Plaza Property"); along with signature bonds signed by three additional sureties Pastors Dae Eun Kang, Kwang Jin Kim, Jung Soo Kim.

2. Bail shall continue to remain the same, except it shall no longer be secured by the Crescent Plaza Property.

3. The Clerk shall reconvey the deed of trust securing Crescent Plaza Property to MO SOOK YANG and YOUNG JOON YANG, and cancel all notes securing said deed.

4. The Court is requested to issue an order enforcing this stipulation.

Dated: May 4, 2006                             /s/ Peter Axelrod
                                                PETE AXELROD
                                                Assistant United States Attorney


Dated: May 4, 2006                             /s/ Kenneth Wine
                                                KENNETH H. WINE
                                                Attorney for Defendant
                                                MO SOOK YANG

## **ORDER**

IT IS HEREBY ORDERED that:

1. Bail for Defendant MO SOOK YANG shall remain the same, except the signature bond for $500,000 shall no longer be secured by the real property located at 150 Crescent Plaza, Pleasant Hill, CA, and no substitute real property shall be required.

2. The Clerk shall reconvey the deed of trust securing property located at 150 Crescent Plaza, Pleasant Hill, CA to MO SOOK YANG and YOUNG JOON YANG, and cancel all Notes securing said deed.

Dated:           May 10, 2006

                                                EDWARD M. CHEN
                                                United States Magistrate Judge