1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   PETER B. AXELROD (CSBN 190843)
    LAUREL BEELER (CSBN 187656)
5   Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6774
       Facsimile: (415) 436-7234
8      E-Mail: Peter.Axelrod@usdoj.gov

9   Attorneys for Plaintiff

**FILED**

NOV - 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 05-00395 CRB
                                       )
14             Plaintiff,              )
                                       )    NOTICE OF DISMISSAL
15        v.                           )
                                       )
16                                     )
    MO SOOK YANG,                      )
17                                     )    (San Francisco Venue)
               Defendant.              )
18  _____)

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above indictment

21  with respect to defendant Mo Sook Yang without prejudice.

22
    DATED: O d . 27, 2·06        Respectfully submitted,
23
                                 KEVIN V. RYAN
24                               United States Attorney

25

26                               MARK L. KROTOSKI
                                 Chief, Criminal Division
27
    \\
28

    NOTICE OF DISMISSAL
    CR 05-00395 CRB

1       Leave is granted to the government to dismiss the Indictment without prejudice with respect

2  to defendant Mo Sook Yang.

3

4  Date: _November 7, 2006_

                                 CHARLES R. BREYER

5                                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 05-00395 CRB           2